KAMER ZUCKER ABBOTT
Carol Davis Zucker       #2543
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646
czucker@kzalaw.com

Attorneys Defendant
Northeastern Nevada
Regional Hospital

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1107,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHEASTERN NEVADA REGIONAL HOSPITAL,<br><br>Defendant. | Case No: 3:16-cv-00476-HDM-WGC<br>**ORDER GRANTING**<br><br>**STIPULATION AND REQUEST FOR ORDER DISMISSING ACTION WITH PREJUDICE** |

By and through their counsel of record, Plaintiff SERVICE EMPLOYEES INTERNATIONAL UNION, Local 1107 ("Plaintiff") and Defendant NORTHEASTERN NEVADA REGIONAL HOSPITAL (hereinafter "Defendant") hereby stipulate and request an

///

///

///

order to dismiss the above-referenced action with prejudice, with each party to bear its own attorney's fees and costs.

DATED this 12th day of June, 2017　　　　　　DATED this 12th day of June, 2017

KAMER ZUCKER ABBOTT　　　　　　　　THE URBAN LAW FIRM

By: */s/ Carol Davis Zucker*　　　　　　　　By: */s/ Paul D. Cotsonis*
　　Carol Davis Zucker　#2543　　　　　　　　Michael A. Urban　#3875
　　3000 West Charleston Blvd., Suite 3　　　　Paul D. Cotsonis　#8786
　　Las Vegas, NV 89102-1990　　　　　　　　4270 S. Decatur Blvd. #A-9
　　Tel: (702) 259-8640　　　　　　　　　　　Las Vegas, Nevada 89103
　　Fax: (702) 259-8646　　　　　　　　　　　P: (702) 968-8087
　　　　　　　　　　　　　　　　　　　　　　F: (702) 968-8088

Attorneys for Northeastern Nevada Regional　　Attorneys for Plaintiff Service Employees
Hospital　　　　　　　　　　　　　　　　　　International Union, Local 1107

### **ORDER**

Based upon the above Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced action is hereby dismissed with prejudice, with each party to bear its own attorney's fees.

DATED: June 15, 2017

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE